IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | CASE NO. 4:25CR056-021 |
| ) | |
| **TIMECA PARKER BISHOP** ) | |

### ORDER ON MOTION FOR LEAVE OF ABSENCE

**Joseph Williams**, having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 1B(e) have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Joseph Williams**, be granted leave of absence for the following periods: May 15, 2025 through May 19, 2025; May 27, 2025 through May 30, 2025; June 9, 2025 through June 17, 2025; July 2, 2025 through July 8, 2025; July 10, 2025 through July 11, 2025; August 28, 2025 through September 1, 2025; October 29, 2025 through November 3, 2025.

**ORDERED**, this the 27th day of May, 2025.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA